FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0135

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-23-0135

Attorney for Appellant,
Isaac Dupuis

Michael O'Brien
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 2620
Missoula, MT 59808
Telephone: (406) 728-8282
Fax: (406) 728-8141
Email: mike@stplawoffices.com

| | |
|---|---|
| Isaac Dupuis | ) |
| | ) |
| Appellant. | ) |
| | ) |
| v. | ) |
| | ) |
| State of Montana, Department | ) |
| of Labor, Unemployment | ) |
| Insurance Division, Unemployment | ) |
| Insurance Appeals Board, | ) |
| | ) |
| Appellees. | ) |

## ORDER GRANTING EXTENSION OF TIME

UPON REVIEW OF *Appellant's Motion for Extension of Time*, and

good cause shown, IT IS HEREBY ORDERED that the Extension is

Page 1

GRANTED.  Appellant shall file his Opening Brief on or before July 7, 2023.

DATED this ___ day of June, 2023.


_____

Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 6 2023